JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YINGUO WANG, | CV 22-7101 PA (MRWx) |
| Plaintiff, | JUDGMENT |
| v. | |
| ALEJANDRO MAYORKAS, et al., | |
| Defendants. | |

    Pursuant to the Court's February 17, 2023 Minute Order dismissing this action for lack of prosecution and failure to comply with the Court's Order,

    IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice.

    IT IS SO ORDERED.

DATED: February 17, 2023

                                                Percy Anderson
                                     UNITED STATES DISTRICT JUDGE